NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE ALVOGEN IP CO. S.A.R.L.

---

2012-1305
(Serial No. 77/939,659)

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

## ON MOTION

---

Before NEWMAN, LOURIE and O'MALLEY, *Circuit Judges*.

PER CURIAM.

### ORDER

The Director of the United States Patent and Trademark Office moves without opposition to remand this matter to the Trademark Trial and Appeal Board ("Board") for further processing.

Alvogen IP Co. S.A.R.L. ("Alvogen") appealed the Board's decision refusing to register its trademark as likely to cause confusion with the design mark shown in Registration No. 3,127,143. Because Registration No. 3,127,143 has now been canceled, it no longer poses a bar to registration.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to remand is granted.

(2) Each side shall bear its own costs.

FOR THE COURT

JUN 2 1 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Gregg A. Paradise, Esq.
Raymond T. Chen, Esq.

s25

Issued As A Mandate: JUN 2 1 2012

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 1 2012

JAN HORBALY
CLERK